**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

_____

No. 96-1543

_____

Stanley Joseph,                           *
                                          *
        Petitioner/Appellant,             *
                                          *   Appeal from the United States
                v.                        *   District Court for the
                                          *   Eastern District of Missouri.
James A. Gammon,                          *
                                          *          [Unpublished]
        Respondent/Appellee.              *

_____

Submitted: April 16, 1997

Filed: April 25, 19197

_____

Before FAGG, FLOYD R. GIBSON, and MURPHY, Circuit Judges.

_____

PER CURIAM.


Stanley Joseph appeals from the denial of his petition for a writ of
habeas corpus under 28 U.S.C. § 2254.  Joseph pled guilty in state court
to assorted counts of assault, robbery, and battery. After his petition for
post conviction relief was denied, he filed this action claiming that he
had been improperly classified as a Class X offender under Mo. Rev. Stat.
§ 558.019.4(3)and that his counsel in state court had been ineffective and
had a conflict of interest with him.  The district court[1] denied relief
after concluding that Joseph had procedurally defaulted the sentencing
claim, that an evidentiary hearing was not necessary on the other claims,
and that the claims were without merit.  After reviewing

_____

[1]The Honorable Jean C. Hamilton, Chief United States District
Judge for the Eastern District of Missouri.

the record and considering the parties' arguments, we affirm on the basis of the district court's opinion.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.